Brian E. Bisol (State Bar No. 180672)
THE BISOL FIRM, APC
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005
Email: bbisol@bisolfirm.com

Attorneys for Plaintiff Clevidence Insurance Services, Inc.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CLEVIDENCE INSURANCE SERVICES, INC., a California corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>TERRY L. TUTTON, an individual and dba Pacific Benefit Designs, STEPHANIE L. EICHMAN, an individual,<br><br>          Defendants. | Case No.: SACV15-00881 AG (DFMx)<br><br>**ORDER TO: (1) DISMISS DEFENDANT STEPHANIE L. EICHMAN WITH PREJUDICE; AND, (2) DISMISS COMPLAINT WITHOUT PREJUDICE UNTIL TERMS OF SETTLEMENT HAVE BEEN COMPLETED AND THAT COURT SHALL RETAIN JURISDICTION**<br><br>Complaint Filed: June 4, 2015<br>Trial Date: January 17, 2017 |

Having considered the Stipulation of the Parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant Stephanie L. Eichman ("Eichman") is dismissed, with prejudice, pursuant to FRCP 41(a)(1), and that Eichman and plaintiff Clevidence Insurance Services, Inc. ("Plaintiff"), shall bear their own fees and costs.

IT IS HEREBY FURTHER ORDERED that the Complaint in the above-

- 1 -

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

ORDER TO DISMISS DEFENDANT STEPHANIE L. EICHMAN, WITH PREJUDICE, AND TO DISMISS COMPLAINT, WITHOUT PREJUDICE, UNTIL TERMS OF        SETTLEMLENT COMPLETED        (Case No. SACV15-00881 AG (DFMx))

1 entitled matter is dismissed, without prejudice, pursuant to FRCP 41(a)(1), and that
2 Plaintiff and defendant Terry L. Tutton, an individual and dba Pacific Benefit Designs
3 ("Tutton"), shall bear their own fees and costs.
4     IT IS HEREBY ADDITIONALLY ORDERED that this Court shall retain
5 jurisdiction in the above-entitled matter, as well as over Plaintiff and Tutton, until the
6 payment provisions of the Settlement Agreement that provide for dismissal with
7 prejudice are satisfactorily completed.

10 DATED: January 05, 2017     _____
11     United States District Judge
    Andrew J Guilford

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

- 2 -

ORDER TO DISMISS DEFENDANT STEPHANIE L. EICHMAN, WITH PREJUDICE, AND TO DISMISS COMPLAINT, WITHOUT PREJUDICE, UNTIL TERMS OF SETTLEMLENT COMPLETED (Case No. SACV15-00881 AG (DFMx))